IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) |
| | ) Case 22-bk-01957 |
| Michael Scott Mogan | ) |
|     Debtor. | ) Adv. Proc. No. 23-00330 |
| | ) |
| | ) Chapter 11 |
| Michael Scott Mogan | ) |
|     Plaintiff. | ) Judge: Honorable David D. Cleary |
| | ) |
| v. | ) NOTICE OF APPEAL AND |
| | ) STATEMENT OF ELECTION |
| Sacks, Glazier, Franklin and Lodise LLP, | ) |
| Klinedinst, P.C. and Natasha Mayat | ) |
|     Defendants. | ) |

Official Form 417A (12/23)

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Michael Mogan

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☒ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Dkt 64 Order Granting Motion To Dismiss Second Amended Complaint
   and Dkt 66 (Case - 23-00330) and Dkt. 314 (Case 22-01957) - Closing of Adversary Case

2. State the date on which the judgment—or the appealable order or decree—was entered:
   May 23, 2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Michael Mogan
   (Plaintiff)
   Attorney: Michael Mogan
   Law Office Of Michael Mogan
   4803 N. Milwaukee Ave, Suite B, Unit #244
   Chicago, IL 60630   p: (773)799-8477

2. Party: _____
   Attorney: See Attachment 1.

# ATTACHMENT 1

## Part 3: Identify the other parties to the appeal (continued)

1. Party: <u>Klinedinst, P.C.</u>   Attorney:  Daniel S. Agle
   (Defendant)
                                      Klinedinst PC
                                      501 W. Broadway Ste. 1100
                                      San Diego, CA 92101
                                      619-400-8000
                                      dagle@klinedinstlaw.com

                           Attorney:   Andrew Servais
                                      Rosing Pott & Strohbehn
                                      501 West Broadway, A380
                                      San Diego, CA 92101
                                      aservais@rosinglaw.com

2. Party:  <u>Sacks, Glazier, Franklin</u>
           <u>and Lodise LLP</u>
         (Defendant)          Attorney: Daniel S. Agle
                                      Klinedinst PC
                                      501 W. Broadway Ste. 1100
                                      San Diego, CA 92101
                                      619-400-8000

                           Attorney:   Andrew Servais
                                      Rosing Pott & Strohbehn
                                      501 West Broadway, A380
                                      San Diego, CA 92101

3. Party: <u>Natasha Mayat</u>   Attorney:   Daniel S. Agle
        (Defendant)                      Klinedinst PC
                                      501 W. Broadway Ste. 1100
                                      San Diego, CA 92101
                                      619-400-8000

                         Attorney:   Andrew Servais
                                      Rosing Pott & Strohbehn
                                      501 West Broadway, A380
                                      San Diego, CA 92101
                                      619-235-6000

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

s/Michael Mogan                                           Date: 5-26-2025
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Michael Mogan
Law Office Of Michael Mogan
4803 N. Milwaukee Ave, Suite B, Unit #244
Chicago, IL 60630      p: (773)799-8477

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]